GEORGE L. MINER, Respondent, v. ALBERT L. PIETRASCHKE, Appellant.— Judgment affirmed, with costs. Held, that irrespective of whether the contract is a conditional sale or not, the plaintiff was entitled to recover the payments which were due. The evidence shows that defendant was not precluded from exercising his option to purchase; on the contrary, that the plaintiff was holding the machine for the defendant, so

that upon the payment of the balance due upon the contract the title would pass to him. All concurred.